738

### Mills *v.* Pulliam (et al., Appellant).

Argued March 23, 1970. *Malcom W. Berkowitz,* for appellant; no oral argument was made nor brief submitted for appellee.

**Order affirmed.**

### Pope, Appellant, *v.* Peoples National Bank.

Argued March 17, 1970. *Neil Hurowitz,* with him *Moss, Rounick & Hurowitz,* for appellant; *Gilbert P. High,* with him *Walton Coates,* and *High, Swartz, Roberts & Seidel,* for appellee.

**Judgment affirmed.**

HOFFMAN, J., dissents.

### Willis et vir, Appellants, *v.* Smith.

Argued March 23, 1970. *Fred Lowenschuss,* with him *Snyder & Lowenschuss,* for appellants; *Martin J. Corr,* with him *Liebert, Harvey, Herting & Lavin,* for appellee.

**Order affirmed.**